UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ 11-464 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| WESLEY ARMSTRONG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offense charged:   Conspiracy to Distribute Cocaine Base; Felon in Possession of a Firearm

Date of Detention Hearing:   September 26, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant, age 25, has a lengthy criminal record which includes multiple violations of court orders and bench warrant activity. While on Department of Corrections supervision, there were eight noted violations. He was terminated from supervision less than one year prior to the alleged offense activity. His past criminal record includes prior drug offenses.

3. Defendant was terminated from drug treatment and has a substance abuse history. His release address is not suitable and there is some unverified/contradictory background information presented.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection

DETENTION ORDER
PAGE -2

01       with a court proceeding; and

02 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03     for the defendant, to the United States Marshal, and to the United State Pretrial Services

04     Officer.

05 DATED this 26th day of September, 2011.

07 _____
Mary Alice Theiler
08 United States Magistrate Judge