The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WESLEY ARMSTRONG, <br><br> Defendant. | NO. CR11-323 RSL <br><br> **ORDER OF RELEASE** |

After hearing from the parties and considering the evidence and arguments presented, the Court found that defendant Wesley Armstrong committed the supervised release violation alleged in the Violation Petition. The Court adjourned the disposition hearing on the violation until a later date.

The Court hereby ORDERS that defendant Wesley Armstrong be released from federal custody and participate in the location monitoring program with Active Global Positioning Satellite technology until the defendant's disposition hearing on his current supervised release violation. Location monitoring shall begin after defendant Wesley Armstrong has cleared any pending warrants. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide

U.S. v. Armstrong
Order of Release - 1

UNITED STATES ATTORNEY
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 553-7970

by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

The Court further ORDERS that after defendant Wesley Armstrong's pending local and state criminal matters are resolved the parties shall contact the Court to schedule the disposition hearing.

DATED: May 3, 2018.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Justin W. Arnold*
JUSTIN W. ARNOLD
Assistant United States Attorney

U.S. v. Armstrong
Order of Release - 2

UNITED STATES ATTORNEY
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 553-7970